UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ERNEST HARDIN,

       Defendant.
_____/

Case No. 1:06:CR:210

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed June 15, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Ernest Hardin's plea of guilty to Count 1 of the Superseding Information is accepted. Defendant Ernest Hardin is adjudicated guilty and bond will be revoked at the time of reporting.

3. As ordered June 19, 2007 (Dkt. No. 210), Defendant Ernest Hardin shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Tuesday, July 10, 2007**. Defendant Ernest Hardin shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  July 6, 2007

                                                  /s/ Gordon J. Quist
                                            GORDON J. QUIST
                                     UNITED STATES DISTRICT JUDGE